■■ In the Matter of CHRISTINE MARIE R., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KIMBERLY ANN R., Appellant. (Appeal No. 1.) [755 NYS2d 540] —Appeal from an order of Family Court, Erie County (Mix, J.), entered February 7, 2001, which terminated respondent's parental rights on the ground of permanent neglect.

BERLY ANN R., Appellant. (Appeal No. 2.) [755 NYS2d 358] —Appeal from an order of Family Court, Erie County (Mix, J.), entered February 7, 2001, which terminated respondent's parental rights on the ground of mental retardation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Christine Marie R.* (302 AD2d 992 [2003]). Present—Wisner, J.P., Scudder, Burns and Hayes, JJ.